IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Construction Industry Retirement ) | |
| Industry Retirement Fund of ) | |
| of Rockford, Illinois et al ) | |
|     Plaintiffs, ) | Case No: 14 CV 50326 |
| ) | |
| v. ) | |
| ) | Magistrate Judge: Iain D. Johnston |
| City Wide Insulation, Inc., ) | |
|     Defendant. ) | |

## ORDER

    Motion hearing held on 3/17/2015. No one appeared on behalf of the defendant. An order of default was entered against the defendant on 12/15/2014. Dkt. 12. The motion for a default judgment was served on the defendant by certified mail on 3/11/2015, Dkt. 24, and the notice of presentment on 3/12/2015, Dkt. 25. The Court has reviewed the plaintiffs' requests for damages and finds them to be supported by the exhibits attached to the motion for default judgment. The Court also finds the fees and costs requested to be reasonably incurred at a reasonable rate. Accordingly, the Court enters a Report and Recommendation that the plaintiff's motion for default judgment [22] be granted and that judgment be entered against defendant City Wide Insulation, Inc. in the total amount of $26,634.92, which consists of unpaid contributions of $18,637.00, liquidated damages of $5,882.92, and attorneys' fees and costs of $2,115.00. Objections to the Report and Recommendation must be filed by 4/6/2015.

(:02)

Date: March 17, 2015                          /s/ Iain D. Johnston
                                                                            U.S. Magistrate Judge