IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford, Illinois, et al., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14 C 50326 |
| vs. | ) ) | |
| City Wide Insulation, Inc., | ) ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## **ORDER**

      On March 17, 2015, Magistrate Judge Johnston entered a report and recommendation [26] that plaintiff's motion [22] for default judgment be granted and that judgment be entered against defendant, City Wide Insulation, Inc., in the total amount of $26,634.92, consisting of $18,637.00 for unpaid contributions, $5,882.92 in liquidated damages and attorneys' fees and cost of $2,115.00. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [22] for default judgment is granted. Judgment is entered in favor of plaintiff and against defendant in the total amount of $26,634.92, consisting of $18,637.00 for unpaid contributions, $5,882.92 in liquidated damages and attorneys' fees and cost of $2,115.00. This case is terminated.

Date: 4/07/2015                                                        ENTER:

                                                                                   _____
                                                                        United States District Court Judge

                                                                                                                              Electronic Notices. (LC)